**Electronically Filed
Supreme Court
SCWC-26-0000129
26-MAY-2026
08:37 AM
Dkt. 13 ODAC**

SCWC-26-0000129

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WEST PHYSICIANS ASSOCIATES, LLC,
Respondent/Plaintiff-Appellee,

vs.

AGRIFINA QUIANE, aka AGRIFINA CORPUZ QUIANE, M.D.,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-26-0000129; CASE NO. 1DRC-25-0003953)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Jackson, assigned by reason of vacancy)

Petitioner's application for writ of certiorari, filed

on April 15, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 26, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kauanoe A.D. Jackson

